## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 3:23-cv-00138 TCB |
| vs. | ) ) |
| ASHLEY PLAZA RETAIL LLC, a Georgia Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of reducing their agreement to a written settlement document and obtaining their respective client's signatures. The parties anticipate filing a stipulation for dismissal within thirty (30) days. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

Dated: September 8, 2023

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ John A. Moore* . <br> John A. Moore, Esq. <br> Georgia Bar No.: 519792 <br> Of Counsel <br> The Moore Law Group, LLC <br> 1745 Martin Luther King Jr., Drive <br> Atlanta, GA 30314 <br> Tel.: (678) 288-5601 <br> Fax: (888) 553-0071 <br> jmoore@moorelawllc.com <br><br> *Attorneys for Plaintiff* | */s/ David M. Messer* . <br> David M. Messer, Esq. <br> Georgia Bar No. 771007 <br> BRISKIN, CROSS & SANFORD, LLC <br> 33 S. Main Street, Suite 300 <br> Alpharetta, Georgia 30022 <br> Tel: (770) 410-1555 <br> Fax: (770) 410-3281 <br> dmesser@briskinlaw.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

David M. Messer, Esq.
Georgia Bar No. 771007
BRISKIN, CROSS & SANFORD, LLC
33 S. Main Street, Suite 300
Alpharetta, Georgia 30022
dmesser@briskinlaw.com

                                                  */s/ John A. Moore* .
                                                  John A. Moore, Esq.